McGREGOR W. SCOTT
United States Attorney
BOBBIE J. MONTOYA
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814-2322
Telephone: (916) 554-2700

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODNEY G. MILLER,<br><br>    Plaintiff,<br><br>  v.<br><br>JO ANNE B. BARNHART,<br>  Commissioner of<br>  Social Security,<br><br>    Defendant. | CIV-S-04-1675 PAN<br><br>STIPULATION AND [proposed]<br>ORDER SETTLING ATTORNEY'S<br>FEES PURSUANT TO THE EQUAL<br>ACCESS TO JUSTICE ACT |

    IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to the approval of the Court, that counsel for plaintiff be awarded attorney's fees under the Equal Access to Justice Act (EAJA) in the amount of THREE THOUSAND NINE HUNDRED FIFTY AND 00/100 DOLLARS ($3,950.00).  This amount represents compensation for legal services rendered on behalf of plaintiff by plaintiff's attorney in accordance with 28 U.S.C. § 2412(d).

    This stipulation constitutes a compromise settlement of plaintiff's request for all fees and costs

1

under the EAJA, and does not constitute an admission of liability on the part of defendant under the

EAJA.  Payment of the THREE THOUSAND NINE HUNDRED FIFTY AND 00/100 DOLLARS

($3,950.00) in fees shall constitute a complete release from and bar to any and all claims plaintiff may

have relating to EAJA fees and costs in connection with this action.

DATED: April 21, 2005  /s/ James O. Keefer
JAMES O. KEEFER
Attorney at Law

Attorney for Plaintiff


DATED: April 25, 2005  McGREGOR W. SCOTT
United States Attorney


By: /s/ Bobbie J. Montoya
BOBBIE J. MONTOYA
Assistant U. S. Attorney

Attorneys for Defendant

OF COUNSEL

JANICE L. WALLI
Chief Counsel, Region IX

ELIZABETH FIRER
Assistant Regional Counsel

Social Security Administration

---

Re:  RODNEY G.MILLER v. JO ANNE B. BARNHART, Civ-s-04-1675 PAN, Stipulation and Order
Settling Attorney's Fees Pursuant to the Equal Access to Justice Act

ORDER

Upon stipulation of the parties, plaintiff in Civ-S-04-1675 PAN, RODNEY G. MILLER v. Jo Anne B. Barnhart, is hereby awarded attorney fees in the amount of $3,950.00, pursuant to the Equal Access to Justice Act.

APPROVED AND SO ORDERED.

Dated: May 2, 2005.

                                          /s/ Peter A. Nowinski
                                          PETER A. NOWINSKI
                                          Magistrate Judge